UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
BRITTANY MCHENRY,

                              Plaintiff,

                -v-

FOX NEWS NETWORK, LLC, et al.

                            Defendants.
------------------------------------------------------------------- X

19 Civ. 11294 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       The Court has reviewed plaintiff's complaint. Dkt. 1. To ensure that there is a basis for diversity jurisdiction, counsel are directed to a file a letter that lists the citizenship of each of the members of defendant Fox News Network, LLC, by January 6, 2020.

       SO ORDERED.

                                                              Paul A. Engelmayer
                                                              United States District Judge

Dated: December 16, 2019
         New York, New York