

**VIA ECF**

January 6, 2020

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *McHenry v. Fox News Network, LLC et al.*, Case No. 1:19-cv-11294
             Letter Response to Court's Request Regarding Citizenship of Fox News Network, LLC

Dear Judge Engelmayer,

      We represent Plaintiff Brittany McHenry ("Plaintiff") in the above-captioned matter. In accordance with this Court's Order (Dkt. # 9) dated December 16, 2019, we are submitting this letter explaining the basis for the belief that diversity of citizenship exists between Plaintiff and Defendant Fox News Network, LLC.

      Fox News Network, LLC is incorporated in the State of Delaware (*See* Exhibit A). Fox News Network, LLC's sole member is Fox Television Stations, LLC, which is incorporated in Delaware (*See* Exhibit B). Fox Television Stations, LLC's sole member is Fox Television Holdings, LLC, which is incorporated in Delaware (*See* Exhibit C). Fox Television Holdings, LLC's sole member is Foxcorp Holdings, LLC, which is incorporated in Delaware (*See* Exhibit D). Foxcorp Holdings, LLC's sole member is Fox Corporation. Fox Corporation is the ultimate parent corporation. Fox Corporation is publicly owned corporation and is incorporated in Delaware (*See* Exhibit E).

      Plaintiff's counsel obtained and verified this information with Defendant's counsel on January 3, 2019 (*See* Exhibit F).

DATED: January 6, 2020                    Respectfully submitted,

                                                        **THE BLOOM FIRM**

                                                        By: /s/ <u>Arick Fudali</u>
                                                        Arick Fudali
                                                        85 Delancey St. #20
                                                        New York, NY 10002
                                                        *Attorneys for Britt McHenry*