UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTANY MCHENRY,

                              Plaintiff,

            -v-

FOX NEWS NETWORKS, LLC, et al.,

                              Defendants.

19 Civ. 11294 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

        On March 9, 2020, defendants George Murdoch, FOX Corporation, John Finley, Monica Mekeel, and Jennifer Rauchet filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

        Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by March 30, 2020. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by April 20, 2020, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

        It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by March 30, 2020. Defendants' reply, if any, shall be served by April 6, 2020. At the time any reply is served, the moving party shall supply the Court

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

with two (2) courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

							_____
							PAUL A. ENGELMAYER
							United States District Judge

Dated: March 10, 2020
       New York, New York