UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY MCHENRY,<br><br>                            Plaintiff,<br>                -v-<br><br>FOX NEWS NETWORKS, LLC, et al.,<br><br>                            Defendants. | 19 Civ. 11294 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff's letter asking that defendants comply with their discovery obligations under Federal Rule of Civil Procedure 26(f), Dkt. 51, and defendants' responses, which include a request for a stay of discovery, Dkts. 52–53.  The Court, by separate order, will schedule an initial pretrial conference for September 11, 2020.  At that conference, the Court will take up issues regarding a discovery schedule, including whether a stay of discovery is warranted.  Defendants are ordered to participate in a Rule 26(f) conference forthwith—and no later than 21 days before that conference.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 5, 2020
       New York, New York