

August 11, 2020

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re: <u>*McHenry v. Fox News Network, LLC et al*., Case No. 1:19-cv-11294</u>

Dear Judge Engelmayer:

    Plaintiff writes to notify the Court and parties of the attached determination and order from the New York State Division of Human Rights ("NYSDHR Order") dismissing Plaintiff Brittany McHenry's New York State Division of Human Rights' complaint on the grounds of administrative convenience. (Exhibit A.) Plaintiff updates the Court as the NYSDHR Order may be relevant to Defendant George Murdoch's April 20, 2020 filing. (See ECF # 40-42.)

                                          Respectfully submitted,

                                          <u>/s/ Arick Fudali</u>
                                          THE BLOOM FIRM
                                          *Attorneys for Brittany McHenry*