UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY MCHENRY,<br>Plaintiff,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC; FOX CORPORATION; GEORGE MURDOCH (A/K/A "TYRUS"); JENNIFER RAUCHET; JOHN FINLEY; and MONICA MEKEEL,<br><br>Defendants. | Case Number: 1:19-CV-11294-PAE<br><br>NOTICE OF INITIAL PRETRIAL CONFERENCE |

Pursuant to Federal Rule of Civil Procedure 16, counsel for all parties are directed to attend an Initial Pretrial Conference scheduled on September 11, 2020 at 10:30 a.m. This conference will be held telephonically.

Initial Pretrial Conference Order is hereby attached as Exhibit A.

DATED: August 20, 2020        */s/ Arick Fudali*
　　　　　　　　　　　　　　　Arick Fudali
　　　　　　　　　　　　　　　Anna Levine-Gronningsater
　　　　　　　　　　　　　　　Sarah Bloom
　　　　　　　　　　　　　　　The Bloom Firm
　　　　　　　　　　　　　　　Attorneys for
　　　　　　　　　　　　　　　BRITTANY MCHENRY

<u>Service List</u>

Kristina A. Yost
Matthew W. Lampe
Maryssa A. Mataras
**JONES DAY**
250 Vesey Street
New York, New York 10281
[Attorneys for Defendants Fox Corp., Fox News Network, LLC, John Finley, Jennifer Rauchet and Monica Mekeel]

Tom Clare
Ariel Victoria Lieberman
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
[Attorneys for Defendant George Murdoch, aka Tyrus]