UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRITTANY MCHENRY,

                              Plaintiff,

-v-

FOX NEWS NETWORKS, LLC, et al.,

                              Defendants.

19 Civ. 11294 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court held the following:

1. Oral argument on the pending motions to dismiss, *see* Dkts. 40, 43, is scheduled for September 25, 2020 at 10:30 a.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly.

2. By September 15, 2020, Murdoch is instructed to file a letter disclosing whether he intends to pursue his motion to dismiss based on Federal Rule of Civil Procedure 12(b)(1), and if so, on what basis.

3. By September 15, 2020, the parties are instructed to submit an agreed-upon fact discovery plan that contemplates the completion of written discovery as to plaintiff McHenry

and defendants Fox News Network, LLC and Murdoch only by December 11, 2020. As reviewed at today's conference, following the resolution of the pending motions to dismiss, the Court will set a deadline for completion of the balance of fact discovery.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 10, 2020
        New York, New York