UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTANY MCHENRY,

                          Plaintiff,

-v-

FOX NEWS NETWORKS, LLC, et al.,

                          Defendants.

19 Civ. 11294 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Due to a scheduling conflict, the oral argument presently scheduled for September 25, 2020 at 10:30 a.m. is rescheduled for the same day at 2:00 p.m.

SO ORDERED.

*Paul A. Engelmayer* (signature)
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 17, 2020
         New York, New York