UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRITTANY MCHENRY,

                           Plaintiff,

-v-

FOX NEWS NETWORKS, LLC, et al.,

                           Defendants.

19 Civ. 11294 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In light of the Court's ruling on the parties' motions to dismiss, Dkt. 75, the parties are instructed, by Wednesday, December 23, 2020, to submit a proposed amended case management plan that contemplates the conclusion of fact discovery by no later than the end of March. The Court reschedules the case management conference currently scheduled for January 8, 2021 at 10:30 am for April 29, 2021 at 2:00 pm. To the extent that counsel contemplate summary judgment motions after the close of discovery, counsel are directed to the procedures set out in the Court's Individual Rules with respect to the submission of pre-motion letters in advance of that conference.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: December 21, 2020
        New York, New York