UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BRITTANY MCHENRY,<br><br>      Plaintiff,<br><br>   v.<br><br>FOX NEWS NETWORK, LLC; FOX ENTERTAINMENT GROUP; NEWS CORPORATION; FOX CORPORATION; GEORGE MURDOCH (A/K/A "TYRUS"); JENNIFER RAUCHET; JOHN FINLEY; and MONICA MEKEEL,<br><br>      Defendants. | CASE NO. 1:19-cv-11294 (PAE)<br><br>**ORDER TERMINATING APPEARANCE OF ARIEL V. LIEBERMAN** |

**WHEREAS**, the Court has reviewed the motion seeking leave to withdraw the appearance of Ariel V. Lieberman as an attorney of record for Defendant George Murdoch in this matter, as well as the declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Ariel V. Lieberman in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Ms. Lieberman from the docket sheet in this matter.

**IT IS SO ORDERED**.

Dated: January 20, 2021
  New York, New York

                _____
                HON. PAUL A. ENGELMAYER
                United States District Judge