# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-8338
mwlampe@jonesday.com

February 25, 2021

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court, Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007
Phone: (212) 805-0268

**Re:** *McHenry v. Fox News Network, LLC, et al.*, Case No. 1:19-cv-11294-PAE-DCF

Dear Judge Engelmayer:

    As you know, we represent Defendants Fox News Network, LLC and Jennifer Rauchet ("Fox Defendants") but write on behalf of all parties. The parties have recently revisited settlement and have decided to pursue private mediation. We are currently conferring over proposed mediators and working to obtain a mediation date as soon as possible. Once we have a confirmed mediation date, we will likely seek to extend the current discovery deadlines set forth in the Civil Case Management Plan and Scheduling Order (Dkt. 78), including the upcoming March 1, 2021 deadlines. In the meantime, in light of the parties' agreement to mediate, the parties also respectfully request that Your Honor stay any ruling on the Fox Defendants' discovery motion (Dkt. 93).

    We appreciate Your Honor's consideration of this request. Please feel free to contact us with any questions.

Respectfully submitted,

*s/ Matthew W. Lampe*

Matthew W. Lampe

cc: All counsel of record (via ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

The Court had been prepared to rule on Friday morning, February 26, on the pending discovery motion. Dkt. 93. In light of the parties' letter, the Court denies that motion, without prejudice to renewal. The Court is amenable to an application for a brief, but not longer, extension of pending deadlines to facilitate the mediation.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

February 26, 2021