UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY MCHENRY,<br><br>                Plaintiff,<br><br>        v.<br><br>FOX NEWS NETWORK, LLC, FOX CORPORATION, GEORGE MURDOCH (A/K/A "TYRUS"), JENNIFER RAUCHET, JOHN FINLEY, and MONICA MEKEEL,<br><br>                Defendants. | Case No.: 1:19-cv-11294-PAE-DCF<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that the law firm of Baker & McKenzie, LLP and counsel Paul Evans are hereby substituted as counsel for Defendants Fox News Network, LLC and Jennifer Rauchet, in place of the law firm of Jones Day and counsel Matthew W. Lampe, Kristina A. Yost, and Maryssa A. Mataras.  The Clerk of the Court shall indicate on the docket the status of Mr. Lampe, Mrs. Yost, and Ms. Mataras is terminated as counsel for Defendants Fox News Network, LLC and Jennifer Rauchet and they shall no longer receive any further electronic notification in this action.

Dated:    March 5, 2021                    Respectfully submitted,
          New York, New York

                                           By: */s/ Paul Evans*
                                               BAKER & MCKENZIE LLP
                                               452 Fifth Avenue
                                               New York, New York 10018
                                               Telephone: (212) 626-4336
                                               paul.evans@bakermckenzie.com

                                               *Attorneys for Defendants*
                                               *Fox News Network, LLC and Jennifer*
                                               *Rauchet*

                                           **Consented to:** */s/ Maryssa A. Mataras (KH)*
                                               Matthew W. Lampe
                                               Kristina A. Yost
                                               Maryssa A. Mataras
                                               JONES DAY
                                               250 Vesey Street
                                               New York, New York 10281
                                               Telephone: (212) 326-3939
                                               mwlampe@jonesday.com
                                               kyost@jonesday.com
                                               mmataras@jonesday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2021, a copy of the foregoing was served by e-mail on Defendants Fox News Network, LLC Jennifer Rauchet and the following counsel of record:

Arick Fudali
Sarah Bloom
85 Delancey St. #29
New York, NY 10002
arick@thebloomfirm.com
sarah@thebloomfirm.com
*Attorneys for Plaintiff Brittany McHenry*


Thomas A. Clare
Shannon Timmann
10 Prince Street
Alexandria, VA 22314
tom@clarelocke.com
shannon@clarelocke.com
*Attorneys for Defendant George Murdoch*


/s/ Paul Evans