UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY MCHENRY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FOX NEWS NETWORK, LLC, FOX CORPORATION, GEORGE MURDOCH (A/K/A "TYRUS"), JENNIFER RAUCHET, JOHN FINLEY, and MONICA MEKEEL,<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-11294-PAE-DCF<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANTS FOX NEWS NETWORK, LLC AND JENNIFER RAUCHET** |

　　　　Upon consideration of the Notice of Substitution of Counsel for Defendants Fox News Network, LLC and Jennifer Rauchet filed March 5, 2021 and the Court's consideration of said Notice, it is hereby:

　　　　**ORDERED** that the appearances of Matthew W. Lampe, Kristina A. Yost, and Maryssa A. Mataras for Defendants Fox News Network, LLC and Jennifer Rauchet are withdrawn and they shall be removed from all service lists pertaining to this action. Defendants Fox News Network, LLC and Jennifer Rauchet will continue to be represented by Paul Evans, who has already entered his appearance in this matter.

Dated: 　March 8, 2021　

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul A. Engelmayer
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Paul A. Engelmayer
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge