

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

March 05, 2021

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007
Phone: (212) 805-0268

Re:   *McHenry v. Fox News Network, LLC, et al.,* Case No. 1:19-cv-11294-PAE-DCF

Dear Judge Engelmayer:

We have just entered our appearance in this matter as counsel for Defendants Fox News Network and Jennifer Rauchet ("Fox Defendants") and write on behalf of all parties to request a brief stay of discovery and corresponding extension of the Amended Civil Case Management Plan and Scheduling Order ("CMP") (Dkt. 78) deadlines.

In support of this letter motion and consistent with the parties' February 25, 2021 letter, the parties state that they have continued to confer regarding mediation.  After an exchange of names, the parties agreed to a private mediation before JAMS mediator, Dina Jansenson.  The parties immediately contacted Ms. Jansenson's office and scheduled the mediation for her first available date of May 6, 2021.

To allow the parties to focus their attention on a potential resolution and to avoid the expense and burden of continued discovery in advance of mediation, the parties jointly seek to stay discovery through the May 6, 2021 mediation date, to extend the deadline to complete all fact discovery in the event the mediation is not successful to June 30, 2021, and to extend all other case deadlines consistent with a June 30, 2021 fact discovery cutoff.  If adopted by the Court, the current CMP deadlines will change as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact Discovery | March 31, 2021 | June 30, 2021 |
| Depositions | March 31, 2021 | June 30, 2021 |
| Requests to Admit | March 1, 2021 | May 31, 2021 |
| Expert Discovery | May 17, 2021 | August 13, 2021 |
| Meet and Confer re: Experts | March 1, 2021 | May 31, 2021 |
| Pre-Motion Letter re: Summary Judgment | April 14, 2021 | July 14, 2021 |
| Meet and Confer re: Settlement | April 14, 2021 | July 14, 2021 |

| Case Management Conference | April 29, 2021 2:00 pm | August 2021 |
|---|---|---|

The parties' have not previously sought an extension of these discovery and case deadlines.[1]  All parties to this action consent to the proposed extension of CMP deadlines.  A proposed Revised Civil Case Management Plan and Scheduling Order is attached reflecting the proposed deadlines.

We appreciate Your Honor's consideration of this request.

Respectfully Submitted,

/s/ Paul Evans

Paul Evans
Employment & Compensation
Tel: +1 212 626 4336
Fax: +1 212 310 1600
paul.evans@bakermckenzie.com

cc:  All counsel of record (via ECF)

Granted.  By separate order, the Court has approved the proposed amended case management plan.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

March 8, 2021

---

[1] The Court set a December 11, 2020 deadline for the first-phase of discovery (Dkt. 66).  The parties sought an extension of this deadline to January 8, 2021 (Dkt. 71), which the Court granted (Dkt. 72).  All first phase discovery is now complete.