UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRITTANY MCHENRY,

                              Plaintiff,

-v-

FOX NEWS NETWORK, LLC; FOX CORPORATION; GEORGE MURDOCH (A/K/A "TYRUS"); JENNIFER RAUCHET; JOHN FINLEY; and MONICA MEKEEL,

                              Defendants.

19 Civ. 11294 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the case management conference currently scheduled for July 28, 2021 at 2 p.m. is rescheduled for August 3, 2021 at 3 p.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 28, 2021
       New York, New York

1