UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTANY MCHENRY,

Plaintiff,

-against-

FOX NEWS NETWORK, LLC; FOX CORPORATION; GEORGE MURDOCH (A/K/A "TYRUS"); JENNIFER RAUCHET; JOHN FINLEY; and MONICA MEKEEL,

Defendants.

Case Number: 1:19-CV-11294-PAE

## STIPULATION OF VOLUNTARY DISMISSAL PURSURANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice against defendants FOX NEWS NETWORK, LLC, JENNIFER RAUCHET and GEORGE MURDOCH (AKA "TYRUS") pursuant to the Federal rules of Civil Procedure 41(a)(1)(A)(ii). Each party to bear their attorneys' fees and costs.

Dated: July 19, 2021

Lisa Bloom
Arick Fudali
THE BLOOM FIRM
Attorneys for BRITTANY MCHENRY

Dated: July 19, 2021

Paul C. Evans
Jeffrey A. Sturgeon
Krissy A. Katzenstein
BAKER & MCKENZIE LLP
Attorneys for Fox News Network, LLC and Jennifer Rauchet

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

July 20, 2021

1

Dated: July 19, 2021

*/s/ Thomas A. Clare*

Thomas Clare
Shannon B. Timmann
THOMAS A. CLARE, P.C.
10 Prince Street
Alexandria, VA 22314
Attorneys for George Murdoch, aka Tyrus